UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON PARMELEY, ) | |
| Petitioner, ) | |
| v. ) | Case No.: |
| Bureau of Prisons, ) | 23-1588-NJR |
| Defendant, ) | |

## ADMINISTRATIVE PROCEDURE ACT

### INTRODUCTION

Jason Parmeley, hereafter known only as "Petitioner," submits this suit under the Administrative Procedure Act and Mandamus for judicial review in accordance with U.S.C. § 702.

Bureau of Prisons which is undisputed an "agency" is subject to the APA, and this agency and this petitioner is suffering legal wrong due to agencies action and seek this Court should require this agency to act since they have unlawfully and unreasonably refused to do so, and strike down the action they are trying to evoke that are arbitrary, capricious and are abusing their discretion.

In February, this Petitioner submitted a cop-out to remind the captain of his need as an Orthodox Jewish prisoner to participate in Passover. The captain never replied to the cop-out.

In March, this Petitioner was placed in the Special Housing Unit (SHU) and on Wednesday the Captain came by his door, the Petitioner asked him, "Did you receive my cop-out… I am still going to be able to celebrate Passover in the hole, correct?"

The captain replied, "I do not know if you get too but I doubt you will. My policy is I need a 60 day notice."

For one, he had more than 60 days' notice but nevertheless this captain exacting policy without "notice" is against the BOP policy-custom and a violation of this petitioner rights.

Under RFRA/RLUIPA, first the 60 day rule is invalid as there is "no notice" of this being a BOP rule. Furthermore, it is a "restrictive means" that goes to only limit prisoners from exaggerating their rights.

This Petitioner is being denied completely his First Amendment rights to religious practice, due to this unlawful practice-custom or policy enacted by the captain.

## RELIEF REQUESTED

Petitioner seeks:

A. <u>Strike down the policy of the captain of 60 days prior</u> to Passover as all Jewish prisoners are listed as Jewish prisoners and that is from day of intake.

B. To order the Passover meal be given to the Petitioner.

C. Grant relief as this Court deems necessary.

I, Jason Parmeley. Pursuant to 28 U.S.C. 1746, decline under penalty of perjury that the following is true and correct.

/S/ _____
                     Jason Parmeley

/D/ April 27, 2023

Jason Parmerly 15231-045
FCI Greenville
PO BOX 5000
Greenville, IL 62246

SAINT LOUIS MO 630
8 MAY 2023 PM 9 L

US District Court for Southern IL
750 Missouri Ave
East St. Louis, IL 62201
Atten: Clerk of Court

MAIL CLEARED
US MARSHALS

62201-295429

RECEIVED
MAY 10 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE